IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY K. REESE & MARY K. REESE | : | CIVIL ACTION |
| | : | NO. 09-2948 |
| v. | : | |
| | : | |
| FORD MOTOR COMPANY & | : | |
| FAULKNER-CIOCCA FORD MERCURY | : | |

_____

| | | |
|---|---|---|
| TIMOTHY K. REESE & MARY K. REESE | : | CIVIL ACTION |
| | : | NO. 10-1181 |
| v. | : | |
| | : | |
| MAGARINO FORD-MERCURY, INC. | : | |

ORDER

AND NOW, this 3rd day of October, 2011, in consideration of defendants' motions for summary judgment, Ford's request for attorney fees and plaintiffs' responses, it is ORDERED that:

1) Defendants' motions for summary judgment are GRANTED;

2) Ford's request for fees is DENIED; and

3) Judgment is entered in favor of defendants Ford Motor Company, Faulkner-Ciocca Ford Mercury and Magarino Ford-Mercury, Inc. and against plaintiffs Timothy K. Reese and Mary K. Reese.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.